# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) |
| v. | CASE NUMBER: 09-PO-00119-DLW<br>U.S. MARSHAL NO: |
| DARREN GRIFFIN | BRIAN K. SCHOWALTER<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded Guilty to Count 1 of the Criminal Complaint.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 3 and 36 C.F.R. 4.23(a)(1) | Driving Under the Influence | 04/27/09 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

October 6, 2009
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

October 6, 2009
Date

DEFENDANT: DARREN GRIFFIN
CASE NUMBER: 09-PO-00119-DLW

Judgment-Page 2 of 6

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of Thirty (30) Days and Suspends Twenty-Seven (27) Days.

The Defendant shall be given credit for time served of 1 Day.

The Defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT: DARREN GRIFFIN
CASE NUMBER: 09-PO-00119-DLW

Judgment-Page 3 of 6

## UNSUPERVISED PROBATION

The Defendant is hereby placed on unsupervised probation for a term of 1 Year.

## CONDITIONS OF UNSUPERVISED PROBATION

1. Defendant cannot drink and drive any motorized vehicle,

2. Defendant cannot consume any alcohol or illegal drugs,

3. Defendant shall attend AA meetings 4 times a week for a period of 1 year and shall furnish proof of his attendance at the AA meetings to the Court on a monthly basis.

4. Defendant will be required to obtain an alcohol evaluation, submit to random testing and complete Level II Alcohol Treatment as a condition of his unsupervised probation

5. Defendant shall immediately notify the Court of his current residence and any address to which he might move or live in the future during the term of his unsupervised probation.

6. The Defendant shall not commit another federal, state, or local crime.

DEFENDANT:  DARREN GRIFFIN
CASE NUMBER:  09-PO-00119-DLW

Judgment-Page 4 of 6

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| 1 | $10.00 | 0 | $0.00 | $0.00 |
| **TOTALS** | $10.00 | $0.00 | $0.00 | $0.00 |

DEFENDANT:  DARREN GRIFFIN
CASE NUMBER:  09-PO-00119-DLW                                                    Judgment-Page 5 of 6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment.