**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal Case No.  09-PO-00119-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. DARREN GRIFFIN,**

**Defendant.**

---

**ORDER SETTING COMPLIANCE REVIEW HEARING**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The above-named Defendant was placed on one year unsupervised probation with special conditions on October 6, 2009.  The Defendant has not complied with the special conditions of his unsupervised probation as ordered by the Court, therefore:

**IT IS HEREBY ORDERED** that this matter is set for a **Compliance Review Hearing on February 2, 2010 at 10:00 a.m.** before the Magistrate Judge at 103 Sheppard Drive, Room 235, Durango, Colorado 81303.

**IT IS FURTHER ORDERED** that if the Defendant fails to appear a warrant will be issued for his arrest.

**DATED:   December 22, 2009.**

    BY THE COURT:

    **s/David L. West**
    **United States Magistrate Judge**